Kaitlyn M. Stout, Esq.
Nevada Bar No. 17304
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135-1865
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kmstout@swlaw.com

Benjamin J. Naylor, Esq.
*(Pro Hac Vice forthcoming)*
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: bnaylor@swlaw.com

*Attorneys for Defendant*
*United Parcel Service, Inc.*

SNELL & WILMER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN TILLIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation, DOES I through XX and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendant. | Case No. 3:26-cv-00702-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant United Parcel Service, Inc. ("UPS") and Plaintiff John Tillis ("Tillis"), by and through their respective undersigned counsel of record, hereby stipulate and agree to extend UPS's deadline to respond to Tillis' Complaint from the current deadline of October 16, 2026, to November 20, 2026, based on the following:

///

1. On September 15, 2026, Tillis filed a Complaint (ECF No. 1) in this Court.

2. On September 25, 2026, UPS was served with the Complaint, making the response due October 16, 2026.

3. The parties are currently engaged in meaningful settlement discussions. Additionally, co-counsel for UPS will be out of the country for several weeks.

4. On October 9, 2026, counsel for UPS and Tillis met and conferred by telephone regarding extending the deadline for UPS to respond to Tillis' Complaint and the possibility of settlement. Plaintiff consented to extending UPS's deadline to respond to the Complaint up to and including November 20, 2026.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for UPS to file its response to the Complaint, up to and including November 20, 2026, to allow UPS sufficient time to investigate Tillis' allegations and complete its response, and so that the Parties can continue engaging in meaningful settlement discussions.

///

///

///

///

///

///

///





SNELL & WILMER

2. This extension request is sought in good faith and is not made for any improper purpose including delay. The parties are engaged in active, good-faith settlement discussions and additional time may allow them to resolve this matter without further litigation, which would conserve the resources of the parties and the Court. In addition, co-counsel for Defendant will be traveling outside the United States and will be unavailable to continue investigating Tillis' allegations or complete a response to those allegations during this time. This is Defendant's first request for an extension and Tillis' counsel has consented to the requested extension.

Dated: October 14, 2026

SNELL & WILMER L.L.P.

By: /s/ *Kaitlyn Stout*
Kaitlyn M. Stout, Esq.
Nevada Bar No. 17304
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

Benjamin J. Naylor
*(Pro Hac Vice forthcoming)*
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Defendant*
*United Parcel Service, Inc.*

Dated: October 14, 2026

GGRM LAW FIRM

By: /s/ *Jason Guinasso*
Jason D. Guinasso, Esq.
2770 Maryland Parkway, Suite 100
Las Vegas, NV 89109

*Attorney for Plaintiff*
*John Tillis*

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE
DATED: October 15, 2026.



SNELL & WILMER